### No. 9650.

### Overshiner et al. *v.* Martin.

PROMISSORY NOTE.—*Action on, Against Maker and Endorser.*—The maker and endorser of a note negotiable by the law merchant, or by the law of this State, may be jointly sued thereon by the endorsee thereof. Section 5516, R. S. 1881.

From the Whitley Circuit Court.

*G. M. Ballard, H. D. Thompson* and *T. B. Orr,* for appellants.

*J. R. Marshall* and *W. F. McNagny,* for appellee.

ELLIOTT, J.—Appellants were sued as the endorsers of a promissory note. They ask a reversal of the judgment entered against them on the ground that the note is not governed by the law merchant, and that they could not be sued jointly with the maker. The note is payable at a bank in this State, and upon such a note an action may be maintained against the makers and endorsers.

Judgment affirmed.